IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01959-BNB

DON LAW,

    Plaintiff,

v.

WALKER STAPLETON, The State Treasurer for the State of Colorado,

    Defendant.

___

ORDER OF DISMISSAL

___

    Plaintiff, Don Law, is in the custody of the Colorado Department of Corrections at the Bent County Correctional Facility in Las Animas, Colorado. Plaintiff initiated this action by filing *pro se* a pleading titled "Wrongful Withholding of Compensation Funds" and an $11 money order. On July 15, 2014, Magistrate Judge Boyd N. Boland entered an order and directed Plaintiff to cure certain deficiencies in the pleading. Specifically, Magistrate Judge Boland directed Plaintiff to clarify what type of action he intends to file and submit his claims on a proper Court-approved form. Magistrate Judge Boland also directed Plaintiff to submit a request to proceed pursuant to 28 U.S.C. § 1915 on a proper form along with a certified account statement showing the current balance in his trust fund account if he decides to proceed with a prisoner complaint, or in the alternative to submit the balance of the $400 filing fee.

    On August 8, 2014, Plaintiff submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a pleading titled "No-Answer Default Claim." Plaintiff again failed to submit his claims on a Court-approved form. The action,

therefore, will be dismissed without prejudice for failure to cure all noted deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States* , 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that based on the above findings the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure all deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED August 25, 2014, at Denver, Colorado.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock  
                                                LEWIS T. BABCOCK, Senior Judge  
                                                United States District Court